\IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY SHEGOG, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Cause No.: 4:22-cv-01290 |
| | ) | |
| CITY OF HERCULANEUM, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**OFFER OF PROOF**
**PLAINTIFF'S UNCONTESTED FACTS**

COMES NOW Plaintiff, by and through undersigned counsel and states that he recognizes the issues for trial have been narrowed by the Court's Memorandum and Order on Summary Judgment entered on August 28, 2024 (Doc. 66). However, to preserve issues for appeal, he presents the following facts that are uncontested, and/or are irrefutable, for purposes of this offer of proof and that this document preserves these facts for appeal without having to read this outside the presence of the jury:

1. Officer Schiele searched 55.55% of the black people he encountered during his time as a patrol officer.

2. Officer Schiele searched 6.15% of the white people he encountered during his time as a patrol officer.

3. Officer Schiele claimed to have detected odor on 60% of the black people he searched.

4. Officer Schiele claimed to have detected odor on 25% of the white people he searched.

5. Officer Jennewein searched 35.55% of the black people he encountered during his time as a patrol officer.

6. Officer Jennewein searched 12.824% of the white people he encountered during his time as a patrol officer.

7. Officer Jennewein claimed to have detected odor on 43% of the black people he searched.

8. Officer Jennewein claimed to have detected odor on 19.047% of the white people he searched.

9. AG Reports:

10. The Missouri Attorney General Racial Profiling Data for 2016 demonstrated that of the white motorists stopped by the city of Herculaneum, officers had a search rate of 5.94.

11. The Missouri Attorney General Racial Profiling Data for 2016 demonstrated that of the black motorists stopped by the city of Herculaneum, officers had a search rate of 8.64.

12. The Missouri Attorney General Racial Profiling Data for 2016 demonstrated a disparity index of 0.96 for white motorists.

13. The Missouri Attorney General Racial Profiling Data for 2016 demonstrated a disparity index of 4.10 for black motorists.

14. The disparity index greater than 1.0 on the Attorney General Racial Profiling Report indicates an over-representation.

15. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated that of the white motorists stopped by the city of Herculaneum, officers had a search rate of 5.32.

16. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated that of the black motorists stopped by the city of Herculaneum, officers had a search rate of 9.8.

17. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated a disparity index of 0.97 for white motorists.

18. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated a disparity index of 2.98 for black motorists.

19. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated that of the white motorists stopped by the city of Herculaneum, officers had a search rate of 7.84.

20. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated that of the black motorists stopped by the city of Herculaneum, officers had a search rate of 16.22.

21. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated a disparity index of 0.99 for white motorists.

22. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated a disparity index of 2.06 for black motorists.

23. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated that of the white motorists stopped by the city of Herculaneum, officers had a search rate of 8.89.

24. The Missouri Attorney General Racial Profiling Data for 2018 demonstrated that of the black motorists stopped by the city of Herculaneum, officers had a search rate of 25.35.

25. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated a disparity index of 0.96 for white motorists.

26. The Missouri Attorney General Racial Profiling Data for 2017 demonstrated a disparity index of 2.26 for black motorists.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

By:    /s/ Benjamin P. Kates
Benjamin P. Kates, #65557
bkates@plebanlaw.com
J.C. Pleban, #63166
jc@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO 63117
Telephone: (314) 645-6666
Facsimile: (314) 645-7376
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's electronic filing system this 2nd day of October, 2024.

   /s/ Benjamin P. Kates

4