# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| GEOFFREY SHEGOG, | |
| Plaintiff, | Case No. 4:22-CV-01290-SRW |
| v. | |
| CITY OF HERCULANEUM, *et al*. | **JURY TRIAL DEMANDED** |
| Defendants. | |

### **DEFENDANT'S STATEMENT OF THE CASE**

COME NOW Defendants Officer Timothy Schiele and Officer Michael Jennewein submits the following Statement of the Case:

### **DEFENDANTS' PROPOSED STATEMENT OF THE CASE**

Plaintiff is Geoffrey Shegog. The Defendants are Timothy Schiele and Michael Jennewein. On February 9, 2019, both Defendants were employed as police officers by the City of Herculaneum Police Department. On February 9, 2019, Plaintiff was driving on Scenic Drive in Herculaneum, Missouri when he was stopped by the Defendant officers for allegedly running a stop sign on Scenic Drive at its intersection with Westchester Drive. Plaintiff denies that he ran the stop sign. Plaintiff claims that Defendants violated his Fourth Amendment constitutional rights when they stopped his vehicle. Defendants contend that they observed Plaintiff run the stop sign and deny that they violated Plaintiff's constitutional rights.

Respectfully Submitted,
HELLMICH, HILL & RETTER, LLC

By:  /s/ *Rachel Bates*
WILLIAM A. HELLMICH #31182MO
RACHEL BATES   #68696MO
1049 N. Clay Ave.
Kirkwood, MO  63122
Phone:  314-646-1110
E-mail:  Bill@hellmichhillretter.com
Rachel@hellmichhillretter.com
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system, with notice of case activity to be generated and sent electronically by the Clerk of said Court on October 2, 2024 to all counsel of record.

/s/ *Rachel Bates*