UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEOFFREY SHEGOG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF HERCULANEUM, et al., ) <br> ) <br> Defendant. ) | Case No. 4:22-CV-1290 SRW |

## ORDER

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

The parties may file any new pretrial motions, including motions in limine, and any other pleadings relevant to the trial, no later than **December 26, 2025**, with responses due **January 26, 2026**. All remaining provisions in the Case Management Order (ECF No. 33) relating to trial remain in full force and effect.

The pretrial conference will be held on **February 5, 2026**, at **10:00 a.m.**

This action is set for a **JURY** trial on **February 9, 2026**, at **9:00 a.m.** This is a three-week docket.[1]

So Ordered this 29th day of October, 2025.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 8.04 the court may tax against one or all parties the per diem, mileage, and other expenses of providing a jury for the parties, when the case is terminated or settled by the parties at a time too late to cancel the jury attendance or to use the summoned jurors in another trial, unless good cause for the delayed termination or settlement is shown.