# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GEOFFREY SHEGOG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:22-CV-1290 SRW |
| CITY OF HERCULANEUM, et al., | ) |
| Defendants. | ) |

## ORDER

Following the final pre-trial conference in this case held on the record on February 5, 2026, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion in Limine (ECF No. 124) is disposed of as follows:

1. Exclusion of Herculaneum Municipal Court Records: **GRANTED**.

2. Reconsideration of Motion in Limine to Exclude Testimony as to Why Citations Were Dismissed: **Plaintiff will be limited to being able to present that the citations were dismissed but not to speculate as to why**.

**IT IS FURTHER ORDERED** that previous rulings as outlined in the October 17, 2024 Order (ECF No. 101) remain in full force and effect taking into account the rulings made above, with the following exception:

1. Plaintiff's Objection to Defendant's Introduction of a certified weather report for the date of the traffic stop: **DENIED**.

So Ordered this 5th day of February, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

1