IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY SHEGOG, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Cause No.: 4:22-cv-01290 |
| | ) | |
| CITY OF HERCULANEUM, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AMENDED EXHIBIT LIST**

COMES NOW Plaintiff, Geoffrey Shegog, by and through counsel, and submits the following Amended Exhibit List for trial:

| Exhibit Number | Will/ May Use | Description | Consent to Admit | Action Taken | Date |
|---|---|---|---|---|---|
| P-1 | May Use | Exhibit 4 – Body Cam video of traffic stop | | | |
| P-2 | May Use | Nolle Prosequi Memorandum | | | |
| P-100 | May Use | Citations issued by Jennewein (000234-000255) | | | |
| P-102 | May Use | Exhibit 6 – Searches by Schiele (Herculaneum 265) | | | |
| P-103 | May Use | Exhibit 7 – Stops by Schiele (Herculaneum 266-269) | | | |
| P-104 | May Use | Exhibit 12 – Stops by Jennewein (Herculaneum 270-288) | | | |
| P-105 | May Use | Exhibit 13 – Searches by Jennewein (Herculaneum 256-260) | | | |
| P-106 | May Use | 2016 Annual Report to the Attorney General (Herculaneum 435-436) | | | |

| P-107 | May Use | Exhibit 23 - 2017 Annual Report to the Attorney General | | | |
| P-108 | May Use | Exhibit 8 - 2018 Annual Report to the Attorney General  (Herculaneum 226-228) | | | |
| P-109 | May Use | Exhibit 9 - 2019 Annual Report to the Attorney General  (Herculaneum 229-231) | | | |

Plaintiff further reserves the right to offer any Exhibit included on Defendant's Exhibit List, documents offered solely for rebuttal, and/or documents to impeach a defense witness.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

By:   __/s/ Benjamin P. Kates_____
Benjamin P. Kates, #65557
bkates@plebanlaw.com
J.C. Pleban, #63166
jc@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO  63117
Telephone:    (314) 645-6666
Facsimile:    (314) 645-7376
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's electronic filing system this 6th day of February, 2026.

__/s/ Benjamin P. Kates_____